IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01953-REB-MJW

STACEY W. BRACKENS,

    Plaintiff,

v.

DOMINO'S PIZZA LLC, and
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the magistrate judge's **Recommendation on Defendants' Motion To Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 12)** [#23], filed December 10, 2007. No objections having been filed to the recommendation, I review it only for plain error. **See Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted as an order of this court.

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter. **Morales-Fernandez**, 418 F.3d at 1122.

1.  That the magistrate judge's **Recommendation on Defendants' Motion To Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 12)** [#23], filed December 10, 2007, is **APPROVED AND ADOPTED** as an order of this court;

2.  That **Defendants' Motion To Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)** [#12], filed November 11, 2007, is **GRANTED** to the extent it seeks to dismiss plaintiff's claims against defendant Domino's Pizza LLC under Title VII and Americans With Disabilities Act as time-barred;

3.  That plaintiff's Title VII and ADA claims are **DISMISSED WITH PREJUDICE**;

4.  That defendant, Domino's Pizza LLC, is **DROPPED** as a named party to this action, and the case caption **AMENDED** accordingly; and

5.  That defendant, Domino's Pizza LLC, is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated January 3, 2008, at Denver, Colorado.

        **BY THE COURT:**

        s/ Robert E. Blackburn
        Robert E. Blackburn
        United States District Judge