IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01953-REB-KMT

STACEY W. BRACKENS,

       Plaintiff,

v.

DOMINO'S PIZZA, LL., and
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,

       Defendants.

## ORDER TO CURE DEFICIENCY

Blackburn, Judge

       Plaintiff submitted a Notice of Appeal on January 15, 2008 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
       X    is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
       X    is not submitted
       ___  is not on proper form (must use the court's current form)
       ___  is missing original signature by plaintiff/petitioner on motion
       ___  is missing affidavit
       ___  affidavit is incomplete
       ___  is missing original signature by plaintiff/petitioner on affidavit
       ___  affidavit is not notarized or is not properly notarized
       ___  other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 17th day of January, 2008.

BY THE COURT:

s/ Robert E. Blackburn
_____
 JUDGE, UNITED STATES DISTRICT
 COURT FOR THE DISTRICT OF COLORADO