IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01953-REB-KMT

STACEY W. BRACKENS,

    Plaintiff,

v.

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,

    Defendant.

## **MINUTE ORDER**

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Defendants' Motion to Stay" (#36, filed January 22, 2008) is GRANTED. For good cause shown, discovery and related proceedings will be STAYED until April 29, 2008 or until the District Court rules on the Report and Recommendations of the Magistrate Judge [Doc. No. 45, filed February 15, 2008], whichever first occurs. The parties are ORDERED to file a joint status report no later than April 22, 2008 advising the court on the status of the case and addressing the issue of continuance of the stay, if necessary.

Dated: March 3, 2008