IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 07-cv-01953-REB-KMT

STACEY W. BRACKENS,

    Plaintiff,

v.

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,

    Defendant.

## ORDER ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE ON DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge on Defendants' Motion To Enforce Settlement Agreement** [#45], filed February 15, 2008. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition,[2] I find and conclude that the recommendation should be approved and adopted as an order of this court.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter. **Morales-Fernandez**, 418 F.3d at 1122.

[2] The magistrate judge's recommendation that plaintiff be ordered to withdraw his notice of appeal has been mooted by the Tenth Circuit's recent dismissal of his appeal for lack of jurisdiction. (**See Order** [#50], filed March 28, 2008.)

1.  That the **Recommendation of United States Magistrate Judge on Defendants' Motion To Enforce Settlement Agreement** [#45], filed February 15, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2.  That defendants' **Motion To Enforce Settlement Agreement** [#32], filed January 22, 2008, is **GRANTED**;

3.  That pursuant to the terms of the oral settlement agreement between plaintiff and defendants, plaintiff's claim for negligence against defendant, Sedgwick Claims Management Services, Inc., is **DISMISSED WITH PREJUDICE**;

4.  That judgment **SHALL ENTER** for defendant, Sedgwick Claims Management Services, Inc., against plaintiff, Stacey W. Brackens, as to all claims for relief and causes of action;

5.  That judgment **SHALL ENTER** in accordance with my **Order Adopting Recommendation of the United States Magistrate Judge** [#24], filed January 3, 2008, for former defendant, Domino's Pizza, LLC, against plaintiff, Stacey W. Brackens, as to all claims for relief and causes of action; and

6. That pursuant to the terms of the oral settlement agreement between plaintiff and defendants, no costs are awarded to defendants.

Dated March 31, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**